IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00516-MSK-KMT

ROBIN F. CROSS,

    Plaintiff,

v.

THE QWEST DISABILITY PLAN, also known as and operating under the designation of Qwest Disability Services, and formerly known as the US West Disability Plan, and
QWEST COMMUNICATIONS INTERNATIONAL INC., also known as Qwest, Inc.,

    Defendants.

---

## *AMENDED* ORDER SETTING HEARING UNDER FED.R.CIV.P. 16

---

    THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff seeking to recover benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

    **IT IS ORDERED**:

(1)     A hearing is set for **May 21, 2008 at 4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)     At least ten (10) days prior to the hearing, the parties shall meet and confer and file a joint statement addressing the following issues:

<u>Administrative Record</u>:
- Whether the parties agree upon the administrative record.
- How much time the parties need to compile and file the administrative record.

<u>Standard of Review</u>:
- Whether the parties agree upon the standard of review. If so, what is the standard of review? If there is a disagreement, state the parties' positions.

<u>Expedited Procedure</u>

- Do the parties agree that this case is amenable to an expedited determination based upon the administrative record and consideration of opposing briefs?

Dated this 7th day of April, 2008

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge