IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00516–MSK–KMT

ROBIN F. CROSS,

    Plaintiff,

v.

THE QWEST DISABILITY PLAN, also known as and operating under the designation of Qwest Disability Services, and formerly known as the US West Disability Plan, and QWEST COMMUNICATIONS INTERNATIONAL INC., also known as Qwest Inc.,

    Defendants.

**ORDER**

This matter is before the court on the Joint Motion for Court Approval of Stipulated Protective Order [Doc. # 19, filed August 12, 2008]. The Stipulated Protective Order is attached thereto.

In *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), the court set forth certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, the court required that any information designated by a party as confidential must first be reviewed by a lawyer and that the designation as confidential must be "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The Stipulated Order does not comply with the requirements established in *Gillard*.

Accordingly, it is ORDERED that the Stipulation is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

Dated this 18th day of August, 2008.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge