IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00516–MSK–KMT

ROBIN F. CROSS,

   Plaintiff,

v.

THE QWEST DISABILITY PLAN, also known as and operating under the designation of Qwest Disability Services, and formerly known as the US West Disability Plan, and QWEST COMMUNICATIONS INTERNATIONAL INC., also known as Qwest Inc.,

   Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants' "Unopposed Motion for Leave to File Administrative Record Under Seal" (#22, filed August 20, 2008) is GRANTED. The Administrative Record will be filed under seal.

The "Stipulated Motion to Modify the Briefing Schedule Under ERISA" (#34, filed September 18, 2008) is GRANTED. The briefing schedule under ERISA is modified as follows:

   Dispositive motions deadline is December 15, 2008

   Simultaneous briefs on the merits is December 15, 2008

   Simultaneous response briefs is January 5, 2009

Dated: September 22, 2008