IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-00516-MSK-KMT | FTR |
| **Date:** October 02, 2008 | Debra Brown, Deputy Clerk |
| ROBIN F. CROSS | Dennis P. Walker |
| Plaintiffs. | |
| v. | |
| THE QWEST DISABILITY PLAN, et al. | Elizabeth I. Kiovsky |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 10:35 a.m.**

Court calls case. Appearances by Counsel. Also present is Plaintiff, Robin F. Cross,

Statements by The Court regarding Plaintiff's [38] MOTION for Ruling For the Allowance of Pending Discovery filed September 22, 2008.

10:37 a.m.   Argument by Mr. Walker

10:42 a.m.   Objections by Ms. Kiovsky.

10:45 a.m.   Rebuttal by Mr. Walker

Findings by the Court.

**ORDERED:**   [38] MOTION for Ruling For the Allowance of Pending Discovery filed September 22, 2008 is **DENIED** as out of time and the Court will not allow the questions that the Defendant's have not agreed to as follow up questions.

**Court in recess : 10:49 a.m.**
Total In-Court Time 0:14; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.