IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00516–PAB–KMT

ROBIN F. CROSS,

    Plaintiff,

v.

THE QWEST DISABILITY PLAN, also known as and operating under the designation of Qwest Disability Services, and formerly known as the US West Disability Plan, and QWEST COMMUNICATIONS INTERNATIONAL INC., also known as Qwest Inc.,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge

Plaintiff's " Stipulated MOTION to Amend/Correct/Modify Briefing Schedule" [Document #55, filed December 10, 2008] is GRANTED. Initial briefs on the merits shall be filed no later than January 15, 2009.

Dated: December 12, 2008.