IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00516–PAB–KMT

ROBIN F. CROSS,

    Plaintiff,

v.

THE QWEST DISABILITY PLAN, also known as and operating under the designation of Qwest Disability Services, and formerly known as the US West Disability Plan, and QWEST COMMUNICATIONS INTERNATIONAL INC., also known as Qwest Inc.,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Unopposed Motion to Vacate Status Conference and Progress Report" (#92, filed September 24, 2009) is GRANTED. The Status Conference currently set for September 28, 2009 is VACATED. The parties are ORDERED to file a joint status report no later than October 15, 2009.

Dated: September 24, 2009